AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

Northern District of California

FILED
FEB - 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  4-11-70097-MAG |
| | ) | |
| John Xavier Maldonado | ) | Charging District: Southern District of California, San Diego |
| | ) | |
| Defendant | ) | Charging District's Case No.  10CR4644 JAH |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, Southern District of California<br>Edward J. Schwartz Federal Building<br>880 Front Street, Suite 4290<br>San Diego, CA 92101 | Courtroom No.: B, Mag. Judge Ruben B. Brooks |
|---|---|---|
| | | Date and Time: 2/15/2011 at 9:00 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 2/2/11

_____
*Judge's signature*

DONNA M. RYU, United States Magistrate Judge
*Printed name and title*

cc: Copy to parties of record via ECF, Mag. Judge Ruben B. Brooks' Chambers
    Pretrial Services, Financial, 2 Certified Copies to U.S. Marshal